UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VILLARD BOGARD,

    Plaintiff,

v.                                                Case No. 13-10258
                                                   Honorable Victoria A. Roberts
STATE OF MICHIGAN, et al,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT

Plaintiff Villard Bogard filed this lawsuit against nine defendants, including the State of Michigan, County of Allegan, three judges, and several prosecuting attorneys. Mr. Bogard has sought, and the Court grants him, in forma pauperis status.

Mr. Bogard's complaint is comprised of disconnected allegations, some of which purport to arise from "federal constitutional rights Due Process," "the Foreign Sovereign Immunities Act," and "extortion and racketeering in violation of federal law, receiving stolen property, constructive fraud." The allegations are conclusory and lack factual support.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." *See Neitzke v. Williams*, 490 U.S. 319, 327-28, 109 S. Ct. 1827, 1833 (1989). Mr. Bogard's complaint is frivolous under § 1915(e); his allegations are clearly

1

baseless.

Accordingly, the Court **DISMISSES** Mr. Bogard's complaint.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 31, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 31, 2013.

S/Carol A. Pinegar
Deputy Clerk